IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIRGINIA FINNEGAN, ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 07-0405 |
| ) | |
| ROSS TOWNSHIP, ) | Chief Judge Ambrose |
| Defendant ) | |

ORDER OF COURT

AND NOW, this 15th day of Oct, 2008, upon consideration of Plaintiff's Motion to Mold Verdict, it is hereby ordered that said Motion be and hereby is granted, and that the sum of One Hundred Ninety-Seven Thousand Nine Hundred Eighty-Eight and 55/100 ($197,988.55) Dollars submitted by Plaintiff and not opposed by Defendant for purposes of this trial for lost back pay and benefits and lost front pay and benefits be added to the jury's award of Five Thousand and no/100 ($5,000.00) Dollars for emotional distress and embarrassment and humiliation damages, and it is further ordered that judgment be and hereby is entered in favor of Plaintiff and against Defendant in the amount of Two Hundred Two Thousand Nine Hundred Eighty-Eight and 55/100 ($202,988.55) Dollars.

_Donetta F. Ambrose_
UNITED STATES CHIEF DISTRICT JUDGE